UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISNEY ENTERPRISES, INC.,
            Plaintiff,

-vs-                                  Case No. 6:04-cv-1565-Orl-18JGG

FUNTIME GETAWAY, INC., d/b/a
A1 Travel Reservations, a/k/a
a1travelreservations, a/k/a
funtimegetaway.com, ROBERT
WALDORF, a/k/a Robert Waldon,
DEBORAH WALDORF, TODD
WALDORF, FLORIDA TRAVEL
ESCAPES, INC., TODD HUGGINS, EDITH
HUGGINS, JACK HUGGINS,
CELEBRATION VACATION, INC., d/b/a
celebrationvacation.com, DAVID R.
BREEDEN,
            Defendants.

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for evidentiary hearing on January 31, 2007 on the following motion:

> MOTION: PLAINTIFF'S MOTION TO REOPEN CASE (Doc. No. 69)
>
> FILED: January 14, 2007
>
> THEREON it is RECOMMENDED that the motion be GRANTED as to reopening, and otherwise DENIED and CLOSED.